[No. 24443–4–I.   Division One.   June 10, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
LEE REITMEIER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–00407–7, Steven G. Scott, J., entered
June 9, 1989. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Grosse, C.J., and Pekelis, J.

[No. 23120–1–I.   Division One.   June 10, 1991.]

*In the Matter of the Guardianship and Custody of*
BRANDY RAE MICHELLE BARNES, ET AL.

THE ESTATE OF DEBORAH LYNN BARNES, *Respondent,* v.
JACK ANTHONY BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–4–03259–8, Terrence A. Carroll, J., entered
March 21, 1988. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Grosse, C.J., and Agid, J.

[No. 24858–8–I.   Division One.   June 10, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
DONALD VAN EATON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–04109–1, Donald D. Haley, J., entered
September 15, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Grosse, C.J., and Scholfield, J.